DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEGACY GROUP, LLC,**
Appellant,

v.

**5335 NORTH MILITARY, LLC,**
Appellee.

No. 4D2023-2847

[May 30, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502023CA013060.

Jonathan I. Jacobson of Law Offices of Jonathan I. Jacobson PLLC, West Palm Beach, for appellant.

James S. Telepman of Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***